God is My Banner Sightseeing Tours LLC, Plaintiff-Respondent, - 
against
New York Water Tours, Inc., Defendant-Appellant.




Defendant appeals from a judgment of the Small Claims Part of the Civil Court of the City of New York, New York County (Debra Rose Samuels, J.), entered on or about May 29, 2018, after trial, in favor of plaintiff and awarding it damages in the principal sum of $5,000.00.




Per Curiam.
Judgment (Debra Rose Samuels, J.), entered on or about May 29, 2018, reversed, without costs, and the action is dismissed. 
There is no basis in the record to impose liability upon defendant New York City Water Tours for the cost of unsold tour tickets purchased by plaintiff, it being undisputed that the clear and unambiguous terms of the parties' written contract provided that defendant could terminate the ticket resale agreement for "any reason," and that "all sales are final and no refunds for any used or unused tickets sold to [plaintiff] by [defendant] is available." Where, as here, a contract is complete, clear and unambiguous on its face, it must be enforced according to the plain meaning of its terms (see W.W.W. Assoc. v Giancontieri, 77 NY2d 157 [1990]), and because a court may not, in the guise of interpreting a contract, add or excise terms or distort the meaning of those used to make a new contract for the parties (see Riverside S. Planning Corp., v CRP/Extell Riverside, L.P., 60 AD3d 61, 66 [2008], affd 13 NY3d 398 [2009]), Civil Court failed to render substantial justice according to the rules and principles of substantive law (see CCA 1807; Williams v Roper, 269 AD2d 125 [2000], lv dismissed 95 NY2d 898 [2000]).
We note that the record also contains evidence that the contract was canceled due to issues with ticket resellers misleading tourists and other customers in Battery Park, and that the trial court improperly precluded defendant from developing a fuller record in this regard. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: March 23, 2020